**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alan C. McGuire<br>　　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 16-24790 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of PNC Bank, National Association, and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　Phone: 215-627-1322
　　　　　　　　　　　　　　　　　　Fax: 215-627-7734
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant