## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 16-24790-CMB** |
| | : | |
| **Alan McGuire,** | : | **Chapter 13** |
| Debtor | : | |
| | : | |
| **Alan McGuire,** | : | |
| Movant | : | **Filed Pursuant to Rule 1007-4** |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Alan McGuire,** hereby state as follows:

1. I am self-employed.

2. I earn average net business income in the amount of $2,000.00 per month.

3. I earn part-time casual income of $600.00 per month.

4. My wife lives in the household and contributes $1,316.13 per month.

5. I have filed income tax returns for the years 2012-2015.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>February 2, 2017</u>                    /s/ **Alan McGuire**
                                                                                              Alan McGuire
                                                                                              Debtor