# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |  |
|---|---|---|
| **Debtor:** | ALAN C. MCGUIRE | |
| **Case Number:** | 16-24790-CMB | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 07, 2017 01:30 PM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
9/8/17 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#15 - Final Confirmation of Plan Dated  2/2/2017 (NFC)
+Objections By:  PNC Bank, N.A.
**R / M #:**  15 /  0

### Appearances:

Freitag

Debtor:
Trustee:  Winncour / (Bedford) / Pail / Katz

Creditor:  Pursuing direct mortgage m-dif.

### Proceedings:

Need Bus. Q. + op repts

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to **12-7-17** at **10:30**.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: