# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: ALAN C. MCGUIRE
- Case Number: 16-24790-CMB      Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 07, 2017  10:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
12/8/17 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#15 - Continued Confirmation of Plan Dated 2/2/2017 (NFC)
R / M #: 15 / 0

**Appearances:**

- Debtor: Freitag
- Trustee: Winnecour / Bedford / Pail / (Katz)
- Creditor: Warmbrodt for PNC

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to 3/15/18 at 11:30 AM.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

Handwritten notes:
- Q about whether out of Court loan modification is still in process
- Arrears of $4406 to be cured.
- * Debtor's counsel to have definitive answer on status of loan mod at next meeting. If loan mod has failed, Debtor to file amended plan.
- * Still need Biz Questionnaire & operating report – 2016 tax return & end of 2017 paystubs & 2017 P&L or business

12/1/2017   3:06:30PM