## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

  **Debtor:** ALAN C. MCGUIRE
  **Case Number:** 16-24790-CMB    **Chapter:** 13
  **Date / Time / Room:** THURSDAY, MARCH 15, 2018 11:30 AM    3251 US STEEL
  **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

  #15 - Continued Confirmation of Plan Dated 2/2/2017 (NFC)
  R / M #: 15 / 0

**Appearances:**

  Debtor: _Freitas_
  Trustee: Winnecour    Pail / Katz    _Waumbrodt — PNC_
  Creditor:

**Proceedings:**

  Outcome: _Contested_

  1. ____ Case Converted to Chapter 7
  2. ____ Case Converted to Chapter 11
  3. ____ Case Dismissed without Prejudice
  4. ____ Case Dismissed with Prejudice
  5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
  6. ____ The plan payment/term is increased/extended to _____, effective _____.
  7. ____ Plan/Motion continued to _____ at _____.
  8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
      Objections are due on or before _____.
      A hearing on the Amended Plan is set for _____ at _____.
  9. _✓_ Contested Hearing: _4-11-18_ at _10:00_.
  10. _✓_ Other:

Debtor claimed to be pursuing loan mod outside of ~~FHE~~ LMP — PNC will not confirm — Recommend that both be ordered to appear - RJW

3/7/2018    8:32:42AM