# PROCEEDING MEMO

**Date:** 04/11/2018 10:00 am

**In re:** Alan C. McGuire

Bankruptcy No. 16-24790-CMB
Chapter: 13
Doc. # 15

**Appearances:**

**Movant(s):**    Paul W. McElrath Jr., Esq. for Debtor

**Respondent(s):**    ~~Winnecour / Pail / Katz~~   Kate DeSimone for Trustee
James Warmbrodt, Esq. for PNC Bank

**Creditor(s):**

**Nature of Proceeding:** #15 Contested Plan hearing re Plan Dated 2/2/2017

**Additional Pleadings:**   #22 Interim Order Confirming Plan
#29 Objection of PNC Bank
#30 Conciliation Conference Minutes
#31 Conciliation Conference Minutes
#32 Conciliation Conference Minutes

**Judge's Notes:**   Per Mr. Warmbrodt, there was a trial loan mod offered before the BK and Debtor declined it.  Per Debtor's counsel, Debtor is receiving $120,000 from father's estate and Debtor's counsel will be amending the plan.  The plan will be amended in 21 days.

**Outcome:**

____Motion is GRANTED____Order Entered    Conciliation scheduled for June 21, 2018 at 10:00 a.m.

____Motion is DENIED____Order entered

____Motion WITHDRAWN    Debtor has 2 weeks to provide items to trustee.

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:       Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

**FILED**

APR 11 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 16-24790-CMB
Alan C. McGuire                                                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw            Page 1 of 1            Date Rcvd: Apr 11, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.
db             +Alan C. McGuire,    225 Osceola Drive,    Bridgeville, PA 15017-1941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.    on behalf of Debtor Alan C. McGuire ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                  TOTAL: 4