SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. *Intake Clerk* *

   2. *Case Administrator*

UC

FROM:    *Financial Administrator*

DATE: 3/4/2019

CASE NAME: McGuire

CASE NUMBER: 16-24790 - CMB

---

Check Number 108543 in the amount of $ 5.00 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 15288        Intake Clerk's Initials *ao*

---

\*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

FILED
2019 MAR -5 PM 4:05
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
02/28/2019

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

OR

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA  16501

Re: ALAN C. MCGUIRE

Case No: 1624790

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following debtor(s). The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Alan C. Mcguire
225 Osceola Drive
Bridgeville, PA 15017

CHECK NUMBER 1108543      AMOUNT $5.00

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: PAUL W MCELRATH JR ESQ
ALAN C. MCGUIRE